**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

BIN YAO,                                    )
                                           )
                        Petitioner,        )
        vs.                                )        No. 1:07-cv-079-SEB-JMS
                                           )
DEPARTMENT OF HOMELAND SECURITY,  )
                                           )
                        Respondent.        )

**J U D G M E N T**

The defendant's motion to dismiss is **granted,** and consistent with this ruling

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed as moot.**

Date:   06/22/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Bin Yao
2308 Truxton Court
West Lafayette, IN      47906

Jill Zengler
Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN   46204-3048